IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| STUART GOODNER AND LISA GOODNER, INDIVIDUALLY AND AS LEGAL HEIRS OF THE ESTATE OF SARAH GOODNER, DECEASED, AND AS NEXT FRIENDS TO REBEKAH GOODNER, A MINOR,<br><br>　　　　Plaintiffs,<br><br>VS.<br><br>HYUNDAI MOTOR COMPANY, LTD. AND HYUNDAI MOTOR AMERICA,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:08-CV-078-C |

## DEFENDANTS HYUNDAI MOTOR COMPANY, LTD. AND HYUNDAI MOTOR AMERICA'S NOTICE OF DISCLOSURE OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF THIS COURT:

Defendants Hyundai Motor Company, Ltd. and Hyundai Motor America (collectively "defendants"), hereby give notice to the Court and to all parties that defendants have served upon the plaintiffs, Stuart Goodner and Lisa Goodner, Individually and as Legal Heirs of the Estate of Sarah Goodner, Deceased, and as Next Friend to Rebekah Goodner, a Minor, a copy of their "Disclosure of Expert Witnesses" as required by the Docket Control Order signed by the court on November 7, 2008, as well as by Fed. R. Civ. P. 26(a)(2).

Respectfully submitted,

GERMER GERTZ BEAMAN & BROWN, L.L.P.
301 Congress Avenue, Suite 1700
Austin, Texas 78701
(512) 472-0288 Telephone
(512) 472-0721 Facsimile


By: /s/ Chris A. Blackerby
    Thomas M. Bullion III
    State Bar No. 03331005
    tbullion@germer-austin.com
    Chris A. Blackerby
    State Bar No. 00787091
    cblackerby@germer-austin.com

ATTORNEYS FOR DEFENDANTS
HYUNDAI MOTOR COMPANY, LTD. AND
HYUNDAI MOTOR AMERICA


## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties via facsimile and also by operation of the Court's electronic filing system.

E. Todd Tracy
The Tracy Firm
5473 Blair Road, Suite 200
Dallas, Texas 75231


/s/ Chris A. Blackerby
Chris A. Blackerby

4366369