IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

STUART GOODNER and )
LISA GOODNER, Individually and as )
Legal Heirs of the ESTATE OF SARAH )
GOODNER, Deceased, )
)
        Plaintiffs, )
)
v. )
)
HYUNDAI MOTOR COMPANY, LTD., )
) Civil Action No. 6:08-CV-078-C
        Defendant. ) ECF

## DEFENDANT HYUNDAI MOTOR COMPANY'S TRIAL EXHIBIT LIST

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1. | Mark Leonard curriculum vitae | 4/20/10 | √ |
| 2. | Accident Report | 4/20/10 | √ |
| 3. | Police Scene Photographs<br>   3.4               3.14 (offered 4/21/10-admitted)<br>   3.38<br>   3.53 | 4/20/10<br>4/20/10<br>4/20/10 | √<br>√<br>√ |
| 4. | Scene Diagram – scale with evidence | 4/20/10 | √ |
| 5. | Scene Diagram - with police identificaton | 4/20/10 | √ |
| 6. | Scene Diagram - with scaled vehicle | 4/20/10 | √ |
| 7. | Scene Diagram - with distances | 4/20/10 | √ |
| 8. | Scene Diagram - with roll distances | 4/20/10 | √ |
| 9. | SAE Paper 890857- Reconstruction of Rollover Collisions, Orlowski and Moffatt | | |
| 10. | SAE Paper 960647-A Primer on the Reconstruction and Presentation of Rollover Accidents, Martinez and Schlueter | | |
| 11. | SAE Paper 2008-01-0156 – Rollover Crash Tests on Dirt: An Examination of Rollover Dynamics, Luepke, Carger, Germane | | |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 12. | SAE Paper 2008-01-0172-Rollover Dynamics: An Exploration of the Fundamentals, Carter, Luepke, Germane | | |
| 13. | M. Leonard Calculations | | |
| 14. | VSI Scene Photographs (8/7/08)<br>14.4 | 4/20/10 | √ |
| 15. | VSI Vehicle Photographs (08/21/08)<br>15.3    15.35    15.152<br>15.6    15.36<br>15.7    15.50<br>15.8    15.51<br>15.41   15.57<br>15.46   15.151 | 4/20/10 | √<br>all admitted |
| 16. | VSI Vehicle Photographs (06/06/09)<br>16.1<br>16.3<br>16.4<br>16.19 | 4/20/10 | √<br>all admitted |
| 17. | Mike Klima - curriculum vitae | 4/20/10 | √ |
| 18. | Accident Seat Belt Assemblies | | |
| 19. | Exemplar Seat Belt Assemblies | | |
| 20. | FMVSS Code of Federal Regulations Part 571.207 | | |
| 21. | FMVSS Code of Federal Regulations Part 571.208 | | |
| 22. | FMVSS Code of Federal Regulations Part 571.209 | | |
| 23. | FMVSS Code of Federal Regulations Part 571.210 | | |
| 24. | FMVSS Code of Federal Regulations Part 571.216 | | |
| 25. | Model exemplar vehicle | | |
| 26. | 2005 Hyundai Tucson Owner's Manual, Handbook, and Supplement | 4/19/10 | √ |
| 27. | Hyundai Airbag Safety brochure, hangtag, and warnings | 4/20/10 | √ |
| 28. | Definition of "minimum performance standards" within the meaning of the Federal Motor Vehicle Safety Standards by James B. Gregory, Administrator, National Highway Traffic Safety Administration. Published at Docket No. 75-7; Notice 02; Federal Register, Vol. 41, No. 11, p. 2392, 1/16/76. | | |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 29. | Inspection Notes for Inspection of October 16, 2008 | | |
| 30. | Inspection Photographs of October 16, 2008 | 4/19/10 | √ |
| 31. | Inspection Photographs for Surrogate Analysis of May 8, 2009<br>31.14　　31.29　　31.37<br>31.48　　31.35　　3.41<br>31.15　　31.33<br>31.26　　31.30 | 4/20/10 | √<br>all admitted |
| 32. | Inspection Photographs for Ford Vehicles with Surrogate of March 12, 2010<br>32.18<br>32.16<br>32.19<br>32.38 | 4/20/10 | √<br>all admitted |
| 33. | Chart: Vehicle Miles Traveled by Year | | |
| 34. | Chart: Motor Vehicle Fatalities by Year | | |
| 35. | Chart: Motor Vehicle Fatality Rate by Year | | |
| 36. | Chart: Driver Seat Belt Usage Rates | | |
| 37. | Chart: Cumulative Roll Count Distributions in Single Vehicle Rollover Accidents | 4/19/10 | √ |
| 38. | Chart: Current Status of 2000 Model Year Vehicles with Front Integrated Seats (and back up materials) | | |
| 39. | Chart: Risk of Total Ejection by Restraint Use (NASS GES 1995-2004 Ejection Analysis); and backup materials (methods) | | |
| 40. | Chart: Vehicle Models Introduced in 2005 - Presence of SIR (and backup materials) | | |
| 41. | Excerpt from Safercar.gov entitled, "Rollover – Minimize Risk and Injury" | | |
| 42. | Bready, J., Nordhagen, R., Kent, R. and Jakstis, M., "Characteristics of Seat Belt Restraint System Markings", Paper No. 2000-01-1317, Society of Automotive Engineers, 2000 | | |
| 43. | Bready, J., Nordhagen, R. and Kent, R., "Seat Belt Survey: Identification and Assessment of Noncollision Markings", Paper No. 1999-01-0441, Society of Automotive Engineers, 1999 | | |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 44. | Heydinger, G.J., Uhlenhake, G. D., Guenther, D. A., Dunn, A. L., "Comparison of Collision and Noncollision Marks on Vehicle Restraint Systems", Paper No. 2008-01-0160, Society of Automotive Engineers, 2008 | | |
| 45. | Moffatt, C.A., Moffatt, E.A., and Weiman, T.R., "Diagnosis of Seat Belt Usage in Accidents", Paper No. 840396, Society of Automotive Engineers. February 1984 | | |
| 46. | Padmanaban, J. and Burnett, R., "Seat Integrated and Conventional Restraints: A Study of Crash Injury/Fatality Rates in Rollovers", 52nd Annual AAAM, 2008 | 4/20/10 | demonstrative |
| 47. | Thomson, R., Romilly, D., Navin, F., Macnabb, M., "Dynamic Requirements of Automotive Seatbacks", Paper No. 930349, Society of Automotive Engineers, 1993 | | |
| 48. | Klima, M., Toomey, D., Weber, M., "Seat Belt Retractor Performance Evaluation in Rollover Crashes", Paper No. 2005-01-1702, Society of Automotive Engineers, 2005 | | |
| 49. | Toomey, D., Klima, M., Cooper, E., "Evaluation of Seat Belt Assembly Physical Evidence in Properly Functioning and Intentionally Disabled Retractor Demonstrations", Paper No. 2009-01-1245, Society of Automotive Engineers, 2009 | | |
| 50. | General Motors Press Release and Web Content Literature regarding ABTS | | |
| 51. | Exponent Dolly Rollover Test and Video - PH09107 (Viggiano v Ford, 2000 Lincoln Navigator) | | |
| 52. | Survey Report - 2004-DRE-101NS - Seat Back Angle Survey | 4/20/10 | √ |
| 53. | Test Report and Videos - 2006-DRE-102PT - Demonstration of Seatbelt Retractor Performance in a Rollover Environment | | |
| 54. | Test Report and Videos - 2007-DRE-102PT - Demonstration of Seatbelt Retractor Performance in a Rollover Environment | | |
| 55. | Test Report and Videos - 2007-DRE-111PT - Demonstration of Seatbelt Retractor Performance in a Rollover Environment | | |
| 56. | Allan Dorris – curriculum vitae | 04/21/10 | √ |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 57. | Effectiveness of Warning Labels and Signs: An Update on Compliance Research, T. Ayers, et al | | |
| 58. | Human Factors in the Design of Effective Product Warnings, by Alan Dorris | | |
| 59. | Judgments of Risk Associated with Riding with a Reclined Seat in an Automobile, T. Rhoades, et al | 04/21/10 | demonstrative |
| 60. | Mandatory Air Bag Warnings: A Human Factors Analysis of their Development, by Alan and Nathan Dorris | 04/21/10 | demonstrative |
| 61. | On the Reading of Product Owner's Manuals: Perceptions and Product Complexity, Mehlenbacher, et al | | |
| 62. | Potential Problems Associates with Overusing Warnings, Frantz, et al | | |
| 63. | Product Information Presentation, User Behavior and Safety, McCarthy, et al | | |
| 64. | Consumer Product Warnings: Review and Analysis of Effectiveness Research, DeJoy, et al | | |
| 65. | Supporting the Warning Designer: An Automotive Case Study, Alan and Nathan Dorris | | |
| 66. | Warning Research: An Integrative Perspective, Rogers, et al | | |
| 67. | 2005 Taurus Owner's Guide (selected pages) | 04/21/10 | demonstrative |
| 68. | 2005 Owner's Manual Accord Sedan (selected pages) | 04/21/10 | demonstrative |
| 69. | 2005 911 Carrera Owner's Manual (selected pages) | 04/21/10 | demonstrative |
| 70. | 2005 Passat Owner's Guide (selected pages) | 04/21/10 | demonstrative |
| 71. | Survey of 2003 Model Year Vehicles: Seat Recline Warnings, Erwin | 04/21/10 | √ |
| 72. | Notice of Equipment Compliance re: "DOT 748, AS-1, M-52", test report date: 10/25/04; notification #040780, 00974857, Confidential | | |
| 73. | Notice of Equipment Compliance re: "DOT 748, AS-1, M-53", test report date: 10/25/04; notification #040781, Confidential, 00974858 | | |
| 74. | Test Video DVD, Confidential, 01000937 | | |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
| --- | --- | --- | --- |
| 75. | Test Video DVD, Confidential, 01000938 | | |
| 76. | Test Video DVD, Confidential, 01000939 | | |
| 77. | Test Video DVD, Confidential, 01000940 | | |
| 78. | Test Video DVD, Confidential, 01000941 | | |
| 79. | Test Video DVD, Confidential, 01000942 | | |
| 80. | Test Video DVD, Confidential, 01000943 | | |
| 81. | Test Video DVD, Confidential, 01000944 | | |
| 82. | Test Video DVD, Confidential, 01000945 | | |
| 83. | Test Video DVD, Confidential, 01000946 | | |
| 84. | Test Video DVD, Confidential, 01000947 | | |
| 85. | Engineering Change Order #S2E3013, Confidential, 02000811-812 | | |
| 86. | Engineering Change Order #S2E4020, Confidential, 02000813-818 | | |
| 87. | Engineering Change Order #S2E4025, Confidential, 02000819-821 | | |
| 88. | Engineering Change Order #N2E31024, Confidential, 02001261-1262 | | |
| 89. | Engineering Change Order #H2E40005, Confidential, 02001262-1265 | | |
| 90. | Engineering Change Order #H2E40167, Confidential, 02001266-1268 | | |
| 91. | Engineering Change Order #H2E40416, Confidential, 02001269-1270 | | |
| 92. | Engineering Change Order #H2E40608, Confidential, 02001271-1273 | | |
| 93. | Engineering Change Order #H2E40767, Confidential, 02001274-1275 | | |
| 94. | SGS Test Report No. 62264-04 re: M/N TK-AF6-Z029 installed in the front left hand seats of the Hyundai JM 2004 Model; 4/16/04, Confidential, 02000822-838 | | |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 95. | SGS Test Report No. 62271-04 re: M/N TK-AF6-Z030 installed in the front right hand seats of the Hyundai JM 2004 Model; 4/16/04, Confidential, 02000839-855 | | |
| 96. | SGS Test Report No. 95879-04 re: Automotive Seat Belt Assemblies Model No. TK-ABO-ZO04 which was previously tested under report No. 179711-030 on 11/12/03; 5/21/04, Confidential, 02000856-863 | | |
| 97. | SGS Test Report No. 179711-03 re: M/N TK-ABO-ZO04 installed in the rear center seat of the Hyundai JM 2004 Model; 11/12/03, Confidential, 02000864-880 | | |
| 98. | SGS Test Report No. 81005-04 re: Automotive Seat Belt Assemblies Model No. TK-ABO-ZO03- Addendum to SGS U.S. Testing Company Inc. Report no. 179715-030 11/12/03; 4/12/04, Confidential, 02000881-888 | | |
| 99. | SGS Test Report No. 179715-03 re: M/N TK-ABO-ZO03 installed in the rear left seat of the Hyundai JM 2004 Model; 11/12/03, Confidential, 02000889-905 | | |
| 100. | SGS Test Report No. 81008-04 re: Automotive Seat Belt Assemblies Model No. TK-ABO-ZO05- Addendum to SGS U.S. Testing Company Inc. Report no. 179728-03 11/3/03; 4/12/04, Confidential, 02000906-913 | | |
| 101. | SGS Test Report No. 179728-03 re: M/N TK-ABO-ZO05 installed in the rear right seat of the Hyundai JM 2004 Model; 11/3/03, Confidential, 02000914-930 | | |
| 102. | FMVSS 207 & ADR 3/02 Vehicle Compliance Testing of Seat Anchorages Hyundai JM 2004 MY (Report No. L4-JM-020; Test Date: 12/26/03-1/16/04; Report Date: 2/18/04), Confidential, 02001276-1324 | | |
| 103. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 20 mph Frontal Impact Test; Report No. L4-JM-060; Test Date: 5/15/04; Report Date: 5/22/04), Confidential, 02001325-1387 | | |
| 104. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 25 mph Frontal Offset Impact Test (Report No. L4-JM-061; Test Date: 4/9/04; Report Date: 4/16/04), Confidential, 02001388-1452 | | |
| 105. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 30 mph Frontal Impact Test (Report No. L4-JM-062; Test Date: 7/17/04; Report Date: 7/24/04), Confidential, 02001453-1517 | | |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 106. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 20 mph Frontal Impact Test (Report No. L4-JM-063; Test Date: 4/11/04; Report Date: 4/18/04), Confidential, 02001518-1579 | | |
| 107. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 20 mph 30 degrees Driver Side Oblique Impact Test (Report No. L4-JM-064; Test Date: 5/17/04; Report Date: 5/24/04), Confidential, 02001580-1641 | | |
| 108. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 20 mph 30 degree Passenger Side Oblique Impact Test (Report No. L4-JM-065; Test Date: 5/14/04; Report Date: 5/21/04), Confidential, 0201641-1704 | | |
| 109. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 20 mph 30 degree Driver Side Oblique Impact Test (Report No. L4-JM-066; Test Date: 4/19/04; Report Date: 4/26/04), Confidential, 02001705-1767 | | |
| 110. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 30 mph Frontal Impact Test (Report No. L4-JM-068; Test Date: 5/13/04; Report Date: 5/20/04), Confidential, 02001768-1832 | | |
| 111. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 25 mph Frontal Impact Test (Report No. L4-JM-082; Test Date: 5/19/04; Report Date: 5/26/04), Confidential, 02001833-1894 | | |
| 112. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 25 mph Frontal Impact Test (Report No. L4-JM-083; Test Date: 5/13/04; Report Date: 5/20/04), Confidential, 02001895-1957 | | |
| 113. | FMVSS 208 Vehicle Compliance Testing of Seat Belt Installation Hyundai JM 2004 MY(Report No. L4-JM-085; Test Date: 5/4/04-5/6/04; Report Date: 5/7/04), Confidential, 02001998-2007 | | |
| 114. | FMVSS 210 Vehicle Compliance Testing of Seat Belt Assembly Anchorages Hyundai JM 2004 MY(Report No. L4-JM-086; Test Date: 5/11/04-5/12/04; Report Date: 5/13/04), Confidential, 02002008-2041 | | |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 115. | F(C)MVSS 216 & GS 39 Vehicle Compliance Testing of Roof Crush Resistance Hyundai JM 2004 MY(Report No. L4-JM-087; Test Date: 3/4/03; Report Date: 4/7/03), Confidential, 02002042-2061 | | |
| 116. | FMVSS 208 "Occupant Crash Protection" Vehicle Compliance Testing of 25 mph 30 Passenger Side Oblique Impact Test (Report No. L4-JM-067; Test Date: 4/27/04; Report Date: 5/4/04), Confidential, 02002790-2852 | | |
| 117. | JM Int/ext. Package L/Out- top view (large drawing), Confidential, 05180181 | | |
| 118. | JM Int/ext. Package L/Out – side view (large drawing), Confidential, 05180182 | | |
| 119. | JM Int/ext. Package L/Out – rear view (large drawing), Confidential, 05180183 | | |
| 120. | Seat Assy-Frt. Dr's (large drawing), Confidential, 05180184 | | |
| 121. | Seat Assy-Frt. Dr's (large drawing), Confidential, 05180185 | | |
| 122. | Seat Assy-Frt. Dr's (large drawing), Confidential, 05180186 | | |
| 123. | Seat Assy-Frt. Dr's (large drawing), Confidential, 05180187 | | |
| 124. | Seat Assy-Frt. Dr's (large drawing), Confidential, 05180188 | | |
| 125. | Seat Belt Assy-Fr P/T 3PT, LH (large drawing), Confidential, 05180189 | | |
| 126. | Application for Compliance Notification; Model name/number of device DOT-748 AS-2 M-3.52; Report No. 00440; Report Date: Oct. 19, 2004, Confidential, 02013973 | | |
| 127. | Test Report (China National Motor Vehicle Safety Glazing Materials Testing Laboratory) Order No. 2-206; Report No. 00440; Date: Oct. 19, 2004, Confidential, 02013974-02013979 | | |
| 128. | Notice of Equipment Compliance; Notification No. 040785; Test Report Date: Oct. 19, 2004, Confidential, 02013938 | | |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 129. | Application for Compliance Notification; Model Name/number of device DOT-748 AS-2 M-3.53; Report No. 00441; Report Date: Oct. 19, 2004, Confidential, 02013980-02013986 | | |
| 130. | Notice of Equipment Compliance; Notification No. 040786; Test Report Date: Oct. 19, 2004, Confidential, 02013939 | | |
| 131. | Application for Compliance Notification; Model name/number of device DOT-748 AS-2 M-32; Report No. 00438; Report Date: Oct. 19, 2004, Confidential, 02013966-02013972 | | |
| 132. | Notice of Equipment Compliance; Notification No. 040783; Test Report Date: Oct. 19, 2004, Confidential, 02013940 | | |
| 133. | Application for Compliance Notification; Model name/number of device DOT-748 AS-2 M-52; Report No. 00446; Report date: Oct.19, 2004, Confidential, 02013987-02013993 | | |
| 134. | Notice of Equipment Compliance; Notification No. 040791; Test Report Date: Oct. 19, 2004, Confidential, 02013941 | | |
| 135. | Application for Compliance Notification; Model name/number of device DOT-748 AS-2 M-53; Report No. 00447; Report date: Oct. 19, 2004, Confidential, 02013994-02014000 | | |
| 136. | Notice of Equipment Compliance; Notification No.040792; Test Report Date: Oct. 19, 2004, Confidential, 02013942 | | |
| 137. | Application for Compliance Notification; Model Name/number of device DOT-748 AS-3 M-55; Report No. 00450; Oct. 19, 2004, Confidential, 02014001-02014006 | | |
| 138. | Notice of Equipment Compliance; Notification No. 040795; Test Report Date: Oct. 19, 2004, Confidential, 02013943 | | |
| 139. | Dr. Robert Banks – Curriculum Vitae | | |
| 140. | Injury Diagram – Sarah Goodner | | |
| 141. | Injury Diagram – Rebekah Goodner | | |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 142. | Occupant movement in rollovers (beachball forms) | | |
| 143. | Occupant movement in rollovers (figures) | | |
| 144. | Occupant kinematics charts | | |
| 145. | Seatbelt-to-seat geometry differences between upright and reclined seatbacks | | |
| 146. | Driver's manual warning about traveling with seat back in reclined position | | |
| 147. | Dr. Robert Banks vehicle inspection photographs | | |
| 148. | Head Injured Patients Who "Talk and Die", D. Davis et al | | |
| 149. | Occupant Ejection Trajectories in Rollover Crashes: Full Scale Testing and Real World Cases, Funk et al | | |
| 150. | Response of Reclined Post Mortem Human Subjects to Frontal Impact, Wiechel et al. | | |
| 151. | Rollover Crash Tests – The Influence of Roof Strength on Injury Mechanics | | |
| 152. | Safety Study – Performance of Lap/Shoulder Belts in 167 Motor Vehicle Crashes | | |
| 153. | Seat Belt and Car Seat in a Reclined Position: A Dangerous Combination, Rehm, et al | | |
| 154. | The Effect of Reclined Seats on Mortality in Motor Vehicle Collisions, Dissanaike, et al | | |
| 155. | Exponent Dolly Rollover Test, 1995 Explorer, TEC 10630, October 24, 2006, test, photographs and video | | |
| 156. | Exponent Dolly Rollover Test, 2000 Explore, TEC 0805511, September 26, 2008, test report, photographs and video | | |
| 157. | Accident reconstruction diagram – Banks | | |
| 158. | USAA records and photographs (deposition by written question) | | |
| 159. | Shannon Medical Center – Sarah Goodner | | |
| 160. | Huffines Hyundai (deposition by written question) | | |
| 161. | Texas Department of Public Safety records (deposition by written question) | | |

Case No. 6:08-CV-078-C - Stuart Goodner, et al. Vs Hyundai Motor Company, Ltd., et al. - Exhibit List - *continued*

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 162. | Safecar.gov website information on 2005 Hyundai Tucson | 4/19/10 | not admitted |
| 163. | FMVSS208 Vehicle ComplianceTesting of Seat Belt Installation Hyundai JM 2004MY, Report No. L4-JM-085, May 4-6, 2004, 02001958-1997. | | |
| 164 | Expert's handwritten chart on easel | 04/21/10 | √ |
| 165 | 19999 Owner's Manual for Ford Explorer | 04/21/10 | demonstrative |
| | | | |
| | | | |